**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-03266-LTB

TONYA LIN CAVALLARO, an individual,

        Plaintiff,

v.

BENCO DENTAL SUPPLY COMPANY, a Pennsylvania corporation,

        Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Notice of Dismissal of Claim Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(I) (Doc 6 - filed March 7, 2012), it is

ORDERED that Plaintiff's claim for National Origin Discrimination in violation of Title VII is DISMISSED and Plaintiff's Third Claim for Relief shall be for Religious Discrimination and Hostile Work Environment, in violation of Title VII.

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   March 8, 2012