**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-03266-LTB

TONYA LIN CAVALLARO, an individual,

      Plaintiff,

v.

BENCO DENTAL SUPPLY COMPANY, a Pennsylvania corporation,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Unopposed Motion to Withdraw as Counsel of Record (Doc 67 - filed May 25, 2012) is **GRANTED**.  Allison R. Cohn is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Erin A. Webber of Littler Mendelson, P.C.

Dated:  May 29, 2012
_____