**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-03266-LTB-CBS

TONYA LIN CAVALLARO, an individual,

       Plaintiff,

v.

BENCO DENTAL SUPPLY COMPANY, a Pennsylvania corporation,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss All Claims With Prejudice Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(II) (Doc 24 - filed January 8, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: January 9, 2013